IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES R. HOLFINGER, et al., ) | |
| ) | CASE NO. 1:12 CV 1968 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE DONALD C. NUGENT |
| ) | |
| LIGHT AGE, INC., ) | |
| ) | MEMORANDUM OPINION |
| Defendant. ) | AND ORDER |
| ) | |

This matter is before the Court on Defendant's Emergency Motion for Judicial Involvement in Compelling Depositions Set for June 19-20, and for Sanctions, Collectively in Response to the Continuance Filed By Plaintiffs in Case 1967, Which Also Applies to Case 1968. (ECF #41). Plaintiffs' failure to attend properly noticed depositions and repeated requests to continue such depositions have, and will continue to prejudice Defendant by preventing them from timely gathering information needed to defend their case, and increasing costs associated with responding to such issues and adjusting related travel schedules. There appears to be no question that the deposition dates at issue were properly noticed, and as such, the Court hereby grants Defendant's motion, which is in essence, a motion to compel Plaintiffs' attendance at the

depositions. Unless the times are altered by agreement by the parties, the depositions shall go forward as noticed. The issue of possible sanctions may be revisited at the completion of the case. IT IS SO ORDERED.

                                                    */s/ Donald C. Nugent*
                                                    Donald C. Nugent
                                                    United States District Judge

Date: June 18, 2013